United States District Court
Southern District of Texas
**ENTERED**
November 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID MANDUJANO HERRERA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-06308 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL AND CASE CLOSURE

The petitioner, David Mandujano Herrera, filed this petition to challenge his ongoing immigration custody. Respondents advise that Petitioner has agreed to depart the United States voluntarily on or around October 13, 2026. Doc. Nos. 7, 7-1. Petitioner does not dispute that this case is moot.

Because no viable controversy remains, his petition must be dismissed as moot. *See Spencer v. Kemna*, 118 S. Ct. 978, 983 (1998) (holding that a case becomes moot if it "no longer present[s] a case or controversy under Article III, § 2 of the Constitution" because "[t]he parties must continue to have a 'personal stake in the outcome' of the lawsuit'") (quoting *Lewis v. Cont'l Bank Corp.*, 110 S. Ct. 1249, 1254 (1990)).

Therefore, the Court **ORDERS** as follows:

1. This habeas petition is **DISMISSED** without prejudice as **MOOT.**
2. All pending motions, if any, are **DENIED as MOOT.**

3. This case is **CLOSED.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED this 2nd day of November 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE